AO91 (Rev. 12/03) Criminal Complaint  FELONY  AUSA  United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

*February 16, 2025*

Southern District Of Texas-Brownsville Division

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**

**vs.**

Diana HERNANDEZ-Blanco
A213 535 294 Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-**151**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __February 14, 2025__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

the defendant, an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant, was encountered by Border Patrol agents responding to a request for assistance from Harlingen Police Department in Harlingen, Texas on February 14, 2025. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on December 09, 2019. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $3.00 U.S. dollars at time of apprehension.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Guzman, Carlos   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

February 16, 2025
Date

at Brownsville, Texas
City/State

Karen Betancourt   U.S. Magistrate Judge
Name of Judge   Title of Judge

Karen Betancourt
Signature of Judge